IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SAMMY EDWARD SIMPSON, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv485-MHT |
| | ) | (WO) |
| JOHN BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff, who at the time was incarcerated in a federal prison, filed this lawsuit containing unclear allegations. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order to amend his complaint and to either pay the filing fee or submit an application to proceed in forma pauperis, because he failed to notify the court of his change of address, and because the case cannot proceed without his involvement and payment of a filing fee. There are no objections to the recommendation. After an

independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE